IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Legal Eagle, LLC                    *
_____
**Plaintiff,**
                                    *

v.                                  *        Case No. __26-920__

NARA                                *
_____
**Defendant.**                      *

## DISCLOSURE OF CORPORATE INTEREST

**Check all that apply:**

☒ I certify, as party/counsel in this case that __Legal Eagle, LLC__
                                                  (name of party)
is not an affiliate or parent of any corporation, and no corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation as defined in Local Rule 103.3 (D. Md.).

☐ The following corporate affiliations exist with _____:
                                                       (name of party)

_____.
(names of affiliates)

☐ The following corporations, unincorporated associations, partnerships or other business entities which are not parties may have a financial interest in the outcome of this litigation:

_____.
(names of entities with possible financial interests)

☐ In a case based on diversity jurisdiction, the following is a list of all members of _____ and their states of citizenship:
(name of LLC party)

| (name of member) | (state of citizenship) |
| (name of member) | (state of citizenship) |
| (name of member) | (state of citizenship) |
| (name of member) | (state of citizenship) |

Note: If there are additional LLC members, please provide their names and states of citizenship on a separate sheet of paper.

3/1/26
Date

/s/ Kel McClanahan
Signature

Kel McClanahan, MD Bar #31832
Printed name and bar number

1451 Rockville Pike, Suite 250, Rockville, MD 20852
Address

Kel@NationalSecurityLaw.org
Email address

501-301-4672
Telephone number

240-681-2189
Fax number

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Legal Eagle, LLC          *
_____
**Plaintiff,**
                          *
v.                                  Case No. 26-920
                          *
NARA
_____
**Defendant.**             *

## DISCLOSURE OF CORPORATE INTEREST

**Check all that apply:**

☒ I certify, as party/counsel in this case that  National Security Counselors, Inc.
                                                 _____
                                                          (name of party)
is not an affiliate or parent of any corporation, and no corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation as defined in Local Rule 103.3 (D. Md.).

☐ The following corporate affiliations exist with _____:
                                                          (name of party)

_____.
                                    (names of affiliates)

☐ The following corporations, unincorporated associations, partnerships or other business entities which are not parties may have a financial interest in the outcome of this litigation:

_____.
                        (names of entities with possible financial interests)

☐ In a case based on diversity jurisdiction, the following is a list of all members of

_____ and their states of citizenship:
<span></span>(name of LLC party)

| _____ | _____ |
| (name of member) | (state of citizenship) |

| _____ | _____ |
| (name of member) | (state of citizenship) |

| _____ | _____ |
| (name of member) | (state of citizenship) |

| _____ | _____ |
| (name of member) | (state of citizenship) |

Note: If there are additional LLC members, please provide their names and states of citizenship on a separate sheet of paper.

3/1/26

Date

/s/ Kel McClanahan

Signature

Kel McClanahan, MD Bar #31832

Printed name and bar number

1451 Rockville Pike, Suite 250, Rockville, MD 20852

Address

Kel@NationalSecurityLaw.org

Email address

501-301-4672

Telephone number

240-681-2189

Fax number

2