**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)**

|  |  |
|---|---|
| LEGAL EAGLE, LLC, *et al.*,<br><br>   Plaintiffs,<br><br>  v.<br><br>NATIONAL ARCHIVES AND<br>RECORDS ADMINISTRATION,<br><br>   Defendant. | No. 8:26-cv-920-TDC |

## DEFENDANT'S CONSENT MOTION TO EXTEND RESPONSE DEADLINE

  Defendant National Archives and Records Administration respectfully moves for an order extending Defendant's deadline to respond to the complaint to Monday, May 4, 2026. Plaintiffs consent to this relief.

Dated: April 8, 2026

       Respectfully submitted,

       BRETT A. SHUMATE
       Assistant Attorney General, Civil Division

       ELIZABETH J. SHAPIRO
       Deputy Director, Federal Programs Branch

       */s/ Winston Shi*
       WINSTON SHI (NY Bar No. 5747068)
       Trial Attorney
       U.S. Department of Justice
       Civil Division, Federal Programs Branch
       1100 L Street NW
       Washington, DC 20005
       Phone: (202) 880-0387
       Email: winston.g.shi@usdoj.gov

       *Counsel for Defendant*