**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Southern Division)**

| | |
|---|---|
| LEGAL EAGLE, LLC, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL ARCHIVES AND <br> RECORDS ADMINISTRATION, <br><br> Defendant. | No. 8:26-cv-920-TDC |

**[PROPOSED] ORDER**

Upon consideration of Defendant's Consent Motion to Extend Response Deadline, and the entire record herein, it is hereby **ORDERED** that Defendant's deadline to respond to the complaint is extended to May 4, 2026.

**SO ORDERED.**

_____
Theodore D. Chuang
United States District Judge

Dated: _____