## UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MARYLAND
#### (Southern Division)

LEGAL EAGLE, LLC, *et al.*,

        Plaintiffs,

  v.

NATIONAL ARCHIVES AND
RECORDS ADMINISTRATION,

        Defendant.

No. 8:26-cv-920-TDC

### ORDER

Upon consideration of Defendant's Consent Motion to Extend Response Deadline, and the entire record herein, it is hereby **ORDERED** that Defendant's deadline to respond to the complaint is extended to May 4, 2026.

**SO ORDERED.**

_____
Theodore D. Chuang
United States District Judge

Dated:  4/15/26