## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

Legal Eagle, LLC, et al.

\*

**Plaintiff,**

\*

**v.**

Case No.  8:26-0920 (TDC)

\*

National Archives and Records Adm.

\*

**Defendant.**

\*

## ENTRY OF APPEARANCE IN A CIVIL CASE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Enter my appearance as counsel in this case for the **Defendant**

I certify that I am admitted to practice in this Court.

# April 15, 2026

Date

Signature

Elizabeth J. Shapiro, D.C. Bar 418925

Printed name and bar number

1100 L Street, NW, Washington, D.C. 20530

Address

elizabeth.shapiro@usdoj.gov

Email address

# 202-514-5302

Telephone number

# 202-616-8470

Fax number