**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

Legal Eagle, et al.

　　　　**Plaintiff,**

　　　　**v.**

NARA

　　　　**Defendant.**

\*

\*

\*

\*

\*

Case No. 26-cv-920

**ENTRY OF APPEARANCE IN A CIVIL CASE**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

　　Enter my appearance as counsel in this case for the **Defendant**

　　I certify that I am admitted to practice in this Court.

4/15/2026

Date

JOHN BAILEY  Digitally signed by JOHN BAILEY
Date: 2026.04.15 10:03:08 -04'00'

Signature

John Bailey (Ohio Bar no. 104260)

Printed name and bar number

950 Pennsylvania Ave NW, Washington, D.C. 20530

Address

john.bailey@usdoj.gov

Email address

202-514-6993

Telephone number

Fax number

EntryofAppearanceCivil (08/2015)