**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

LEGAL EAGLE, LLC, and NATIONAL
SECURITY COUNSELORS, INC.,

    Plaintiffs,

    v.

NATIONAL ARCHIVES AND RECORDS
ADMINISTRATION,

    Defendant.

Civil Action No. 26-0920-TDC

**ORDER**

For the reasons stated in the April 15, 2026 Case Management Conference, it is hereby ORDERED that:

1. By **Wednesday, April 22, 2026**, Defendant National Archives and Records Administration ("NARA") shall provide a declaration or other binding written statement addressing Plaintiffs' request for preservation of documents and Plaintiffs' request for information on whether NARA or another federal agency has physically possessed records that were previously at Mar-a-Lago, Palm Beach, Florida ("Mar-a-Lago"), the contents of any such records, and whether that agency has returned any such records to Mar-a-Lago.

2. By **Friday, April 24, 2026**, Plaintiffs may file either the Motion proposed in ECF No. 11 or a Notice stating that they no longer intend to file that Motion. If Plaintiffs file the Motion proposed in ECF No. 11, Defendants may file a memorandum in opposition to the Motion by **Friday, May 1, 2026**. Plaintiffs may file any reply brief by **Friday, May 8, 2026**.

3. By **Wednesday, April 29, 2026**, upon consideration of NARA's April 22, 2026 filing, the parties shall file a Joint Status Report proposing the next steps in this case relating to any amendment to the pleadings, motions and briefing schedules, or changes to the discovery schedule. If either party intends to file any motion, that party shall by the same date file a Notice of Intent that complies with the Court's Case Management Order, *see* Case Management Order § III.A, ECF No. 4.

Date: April **16**, 2026

THEODORE D. CHUANG
United States District Judge