**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)**

LEGAL EAGLE, LLC, *et al.*,

       Plaintiffs,

    v.

NATIONAL ARCHIVES AND
RECORDS ADMINISTRATION,

       Defendant.

No. 8:26-cv-920-TDC

## NOTICE OF FILING DECLARATION

Defendant National Archives and Records Administration hereby provides a declaration,

attached hereto as **Exhibit A**, attesting to its continued preservation of records and addressing the

matters specified in this Court's Order of April 16, 2026, ECF 19.

Dated: April 22, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General, Civil Division

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch

*/s/ Winston Shi*
JOHN BAILEY (Ohio Bar No. 104260)
Counsel to the Assistant Attorney General
WINSTON SHI (NY Bar No. 5747068)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 880-0387
Email: winston.g.shi@usdoj.gov

*Counsel for Defendant*