# Exhibit A

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)**

LEGAL EAGLE, LLC, *et al.*,

      Plaintiffs,

    v.

NATIONAL ARCHIVES AND
 RECORDS ADMINISTRATION,

      Defendant.

No. 8:26-cv-920-TDC

## DECLARATION OF KATE DILLON MCCLURE

I, Kate Dillon McClure, under 28 U.S.C. § 1746, hereby declare and state as follows:

1.      I am the Director of the Archival Operations Division in the Office of Presidential Libraries at the National Archives and Records Administration (NARA) and have held this position since May of 2024. Prior to becoming the Director, I served as Acting Director of the White House Liaison Division and an archivist in the Presidential Library system since 1996.  In those positions I was responsible for working with modern Presidential records administered under the Presidential Records Act (PRA), 44 U.S.C. §§ 2201-2209. I hold a Bachelor of Arts degree in English and History from the University of Pittsburgh and a Master of Arts and a Master of Library Science from the University of Maryland.

2.      The statements contained in this declaration are based upon my personal knowledge, upon information furnished to me in the course of my official duties, and upon conclusions and determinations reached and made in accordance therewith.

3.       I submit this declaration as requested by the Court in the action *Legal Eagle, LLC v. National Archives and Records Administration*, No. 8:26-cv-920 (D. Md.).  *See* Order of April 16, 2026   1, ECF No. 19.

4.       NARA is continuing to preserve all Presidential records in its custody. Specifically, NARA is continuing to apply the statutory definitions of Presidential and personal records located at 44 U.S.C. § 2201(2)-(3) and in its 2020 publication, *Guidance on the Presidential Records Act from the National Archives and Records Administration*, https://www.archives.gov/files/presidential-records-guidance.pdf.  NARA also plans to continue processing requests for access to such records.  For example, NARA released Presidential records on April 2, 9, and 15, 2026 in response to Freedom of Information Act requests.

5.       NARA maintains custody of records of President Trump's 45th Presidential administration that were transferred by President Trump to NARA, including the 15 boxes of materials, including Presidential and personal records, voluntarily turned over by President Trump to NARA in January of 2022.[1]

6.       NARA does not possess any materials seized by the FBI from Mar-a-Lago on August 8, 2022. At no time has NARA obtained, accessed, or reviewed these materials. It is my understanding that the Department of Justice maintained these records during the criminal proceedings in the Southern District of Florida, but NARA has no knowledge of their disposition after the case.

---

[1]   All original records within the 15 boxes that bore classification markings were provided to the Chief of Counterintelligence and Export Control Section in the DOJ's National Security Division. NARA was assured that these documents would be returned to NARA at the conclusion of the investigation. NARA maintains copies of these records and has also taken steps to retrieve the originals.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 22nd day of April, 2026

_____
Kate Dillon McClure
Director
Archival Operations Division
Office of Presidential Libraries
National Archives and Records Administration
Washington, DC 20408

3