**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| LEGAL EAGLE, LLC, *et al.*, | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | Civil Action No. 8:26-cv-00920 (TDC) |
| | * | |
| NATIONAL ARCHIVES AND | * | |
| RECORDS ADMINISTRATION, | * | |
| | * | |
| Defendant. | * | |
| | * | |

*    *    *    *    *    *    *    *    *    *    *    *    *

## PLAINTIFFS' CONSENT MOTION FOR BRIEF ENLARGEMENT OF TIME

NOW COME Plaintiffs to respectfully request a three-day extension of the deadline for filing their motion for a preservation order, as ordered by the Court on 16 April 2026. Defendant consents to this Motion.

Plaintiffs have good cause to request this extension. The parties are currently negotiating to determine if Plaintiffs can propose a preservation order with Defendants' consent, but the undersigned's ability to work on this matter is hampered because he is being forced to work without his work computer, which is currently undergoing repairs until tomorrow. Plaintiffs therefore request that they be allowed to file the motion on Monday, to give the parties time to fully engage in a good faith negotiation over the scope of the proposed preservation order.

Date:   April 24, 2026                    Respectfully submitted,

/s/ Kelly B. McClanahan
Kelly B. McClanahan, Esq., MD Bar #31832
National Security Counselors
1451 Rockville Pike, Suite 250
Rockville, MD  20852
501-301-4672, 240-681-2189 fax
Kel@NationalSecurityLaw.org
*Counsel for Plaintiffs*