**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

LEGAL EAGLE, LLC, *et al.*,        \*

        Plaintiffs,       \*

        v.                 \*     Civil Action No. 8:26-cv-00920 (TDC)

NATIONAL ARCHIVES AND       \*
RECORDS ADMINISTRATION,   \*

        Defendant.      \*

\*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*

## ORDER

UPON CONSIDERATION OF Plaintiffs' Consent Motion for Brief Enlargement of

Time, and the entire record herein, it is this __27__ day of __April__, 2026,

**ORDERED** that Plaintiffs' Motion is **GRANTED**; and

**FURTHER ORDERED** that Plaintiffs shall file a motion for a preservation order no

later than April 27, 2026.

 

_____
Theodore D. Chuang
United States District Judge