**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| LEGAL EAGLE, LLC, *et al.*, | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | Civil Action No. 8:26-cv-00920 (TDC) |
| | * | |
| NATIONAL ARCHIVES AND | * | |
| RECORDS ADMINISTRATION, | * | |
| | * | |
| Defendant. | * | |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### PLAINTIFFS' CONSENT MOTION FOR A PRESERVATION ORDER

NOW COME Plaintiffs to respectfully ask the Court to enter the attached Preservation Order in this case. In light of the important considerations in this case, as well as a desire to avoid unnecessary litigation, Plaintiffs believe that a Preservation Order is warranted. Defendant consents to the requested relief.

Plaintiffs have good cause to request this relief. As Defendant's counsel stated in the 15 April 2026 Case Management Conference, Defendant currently intends to continue preserving potentially responsive records and "can't really object to preservation on principle." The purpose of this proposed Preservation Order is to preserve the status quo pending the outcome of litigation. To do so requires Defendant to preserve all potentially responsive records within its custody. Defendant agrees to make this commitment and thus consents to the requested relief.

As Defendant's counsel stated, at worst a Preservation Order would be "redundant," and there would be no prejudice to Defendant if it were issued. Therefore, the Court should issue the requested Preservation Order.

Date:   April 27, 2026

Respectfully submitted,

/s/ Kelly B. McClanahan
Kelly B. McClanahan, Esq.
MD Bar #31832
National Security Counselors
1451 Rockville Pike
Suite 250
Rockville, MD  20852
501-301-4672
240-681-2189 fax
Kel@NationalSecurityLaw.org

*Counsel for Plaintiffs*