**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| LEGAL EAGLE, LLC, *et al.*, | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | Civil Action No. 8:26-cv-00920 (TDC) |
| | * | |
| NATIONAL ARCHIVES AND | * | |
| RECORDS ADMINISTRATION, | * | |
| | * | |
| Defendant. | * | |
| | * | |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

**ORDER**

UPON CONSIDERATION OF Plaintiffs' Consent Motion for a Preservation Order, and

the entire record herein, it is this _____ day of _____, 2026,

**ORDERED** that Plaintiffs' Motion is **GRANTED**; and

**FURTHER ORDERED** that Defendant shall preserve all records which may be

responsive to any of Plaintiffs' FOIA requests at issue in this case, regardless of any potential

distinctions or uncertainties regarding their nature as Presidential or personal records, and

regardless of any potential interpretations of the scope or effect of the Presidential Records Act;

and

**FURTHER ORDERED** that Defendant shall apply this Order to any records which may

be responsive to any of Plaintiffs' FOIA requests at issue in this case, of which Defendant

obtains custody after the date of this Order.

_____
Theodore D. Chuang
United States District Judge