**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

LEGAL EAGLE, LLC, *et al.*,                    *

    Plaintiffs,                                        *

    v.                                                   *        Civil Action No. 8:26-cv-00920 (TDC)

NATIONAL ARCHIVES AND                          *
RECORDS ADMINISTRATION,                        *

    Defendant.                                         *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## <u>ORDER</u>

UPON CONSIDERATION OF Plaintiffs' Consent Motion for a Preservation Order, and the entire record herein, it is this _____ day of _____, 2026,

**ORDERED** that Plaintiffs' Motion is **GRANTED**; and

**FURTHER ORDERED** that Defendant shall, during the pendency of this litigation, preserve all records of President Trump's first administration in Defendant's custody; and

**FURTHER ORDERED** that Defendant shall also apply this Order to any records of President Trump's first administration of which Defendant obtains custody after the date of this Order.

_____
Theodore D. Chuang
United States District Judge