**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| LEGAL EAGLE, LLC, *et al.*, | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | Civil Action No. 8:26-cv-00920 (TDC) |
| | * | |
| NATIONAL ARCHIVES AND | * | |
| RECORDS ADMINISTRATION, | * | |
| | * | |
| Defendant. | * | |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER

UPON CONSIDERATION OF Plaintiffs' Consent Motion for a Preservation Order, and the entire record herein, it is this _____ day of _____, 2026,

**ORDERED** that Plaintiffs' Motion is **GRANTED**; and

**FURTHER ORDERED** that Defendant shall, during the pendency of this litigation, preserve all records of President Trump's first administration in Defendant's custody; and

**FURTHER ORDERED** that Defendant shall also apply this Order to any records of President Trump's first administration of which Defendant obtains custody after the date of this Order.

_____
Theodore D. Chuang
United States District Judge