## UNITED STATES DISTRICT COURT
### DISTRICT OF MARYLAND

LEGAL EAGLE, LLC, and NATIONAL
SECURITY COUNSELORS, INC.,

      Plaintiffs,

      v.

NATIONAL ARCHIVES AND RECORDS
ADMINISTRATION,

      Defendant.

Civil Action No. 26-0371-TDC
Civil Action No. 26-0847-TDC
Civil Action No. 26-0920-TDC
Civil Action No. 26-1214-TDC

## ORDER

Defendant National Archives and Records Administration ("NARA") has filed a Notice of Intent to File a Partial Motion to Dismiss and Motion for Judgment on the Pleadings. ECF No. 27. Upon review, it is hereby ORDERED that:

1. NARA is granted leave to file the Motion proposed in ECF No. 27. The Motion will be deemed timely if filed by **Monday, May 25, 2026**.

2. Plaintiffs' memorandum in opposition to the Motion+ is due by **Monday, June 6, 2026**.

3. Any reply brief is due by **Monday, June 22, 2026**.

Date: May 2̶5̶, 2026



             THEODORE D. CHUANG
             United States District Judge