# NATIONAL SECURITY COUNSELORS

1451 ROCKVILLE PIKE, SUITE 250

ROCKVILLE, MD  20852

———

TELEPHONE: (501) 301-4NSC (4672)
FACSIMILE: (240) 681-2189

KEL MCCLANAHAN, ESQ., EXECUTIVE DIRECTOR (admitted in DC, NY, WA, MD)
EMAIL: KEL@NATIONALSECURITYLAW.ORG

BRADLEY P. MOSS, ESQ., DEPUTY EXECUTIVE DIRECTOR (admitted in DC, IL)

17 May 2026

Hon. Theodore D. Chuang
United States District Court for the District of Maryland
6500 Cherrywood Lane
Greenbelt, MD  20770

Re:    Pre-Motion Notice, *Legal Eagle, LLC, et al. v. NARA*, Case No. 26-920

Dear Judge Chuang:

On behalf of Plaintiffs, I respectfully submit this Pre-Motion Notice regarding our intended motion for a service-related order. The Government has stated that it will oppose one aspect of the proposed order but take no position on the other, as explained below.

I have good cause to file the intended Motion. As the Court may recall, it raised the possibility of Plaintiffs' service of a third-party subpoena *duces tecum* on President Donald Trump in his personal capacity in the 15 April 2026 conference regarding records which had been removed from government custody and "returned" to President Trump's residence at the Mar-a-Lago Club in Florida. Since 22 April 2026, I have attempted to serve President Trump such a subpoena in numerous ways, all of which have been met with silence, as described below:

- 22 April 2026 – I emailed President Trump's private attorneys at Brito PLLC, asking if they would accept service of this subpoena. I received no response.
- 23 April 2026 – I emailed Brito PLLC again requesting a response. I received no response.
- 28 April 2026 – I attempted to call Brito PLLC and learned that the phone number listed for the firm is non-functional. I then faxed Brito PLLC requesting a response. I received no response.
- 28 April 2026 – I emailed President Trump's private attorney at Sweigart Murdock LLP, asking if he still represented President Trump. I received no response.
- 28 April 2026 – I emailed President Trump's private attorney at Sullivan & Cromwell LLP, asking it he would accept service of this subpoena. I received no response.
- 29 April 2026 – I attempted to serve this subpoena by Certified Mail (in an envelope clearly marked "Subpoena") on President Trump at the Mar-a-Lago Club. Delivery was refused and the envelope was marked "Return to Sender" on 4 May 2026.

- 6 May 2026 – I emailed President Trump's private attorney at Sullivan & Cromwell LLP again requesting a response. I included a copy of this subpoena. I received no response.
- 8 May 2026 – I called President Trump's private attorney at Sullivan & Cromwell LLP and spoke with his assistant about this subpoena, and she advised me that she would bring it to his attention. I received no response.
- 13 May 2026 – Through an unaffiliated third party, I served this subpoena, with an explanatory letter, by Priority Mail Express—with signature requested—on President Trump's private attorney at Sullivan & Cromwell LLP. I requested that he confirm acceptance of the subpoena by 6:00 PM on 15 May 2026. The envelope was confirmed delivered at 12:21 PM on 15 May 2026. I received no response.

It is logistically impossible to serve the sitting President of the United States in person, but his agents are refusing to accept service any other way. As I have shown above, I have attempted to resolve this matter with three sets of private attorneys at three separate law firms, all of whom have filed documents on President Trump's behalf this year, and none have responded to me. The Department of Justice has similarly advised me that it will not accept service for President Trump in his personal capacity. I therefore must ask this Court for assistance.

In my Motion, I intend to ask the Court to either order the Department of Justice to accept service of this subpoena on President Trump's behalf, or order Sullivan & Cromwell LLP to do so. I do not have a preference as to which option the Court chooses, but I have exhausted all other viable options. The Government has stated that it will oppose an order compelling the Department of Justice to accept service on President Trump's behalf, but that it will take no position on an order compelling Sullivan & Cromwell LLP to do so.

I hope that this matter can be resolved during the Pre-Motion Conference, but I am willing to fully brief the matter as soon as possible should it be necessary.

Sincerely,

Kel McClanahan
Counsel for Plaintiffs