**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| LEGAL EAGLE, LLC, *et al.*, | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | Civil Action No. 8:26-cv-00920 (TDC) |
| | * | |
| NATIONAL ARCHIVES AND | * | |
| RECORDS ADMINISTRATION, | * | |
| | * | |
| Defendant. | * | |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**PLAINTIFFS' UNOPPOSED MOTION FOR BRIEF ENLARGEMENT OF TIME**

NOW COME Plaintiffs to respectfully request a one-day extension of the deadline for filing their motion for alternative service, as ordered by the Court on 22 May 2026. Defendant takes no position on this Motion.

Plaintiffs request this extension due to excusable neglect. As he indicated in the 22 May 2026 conference, the undersigned has attempted again to reach the personal attorney to whom he was advised to direct his attempted service, and she has again declined to respond. He was on track to file the motion for alternative service today, which he postponed working on in hopes that the personal attorney would return his email and/or voicemail messages, but he was sidetracked by a family medical issue and will not be able to complete it by midnight.

Date:   May 28, 2026

Respectfully submitted,

/s/ Kelly B. McClanahan
Kelly B. McClanahan, Esq., MD Bar #31832
National Security Counselors
1451 Rockville Pike, Suite 250
Rockville, MD  20852
501-301-4672, 240-681-2189 fax
Kel@NationalSecurityLaw.org
*Counsel for Plaintiffs*