**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

LEGAL EAGLE, LLC, *et al.*,                    *

     Plaintiffs,                              *

     v.                                       *    Civil Action No. 8:26-cv-00920 (TDC)

NATIONAL ARCHIVES AND                          *
RECORDS ADMINISTRATION,                        *

     Defendant.                               *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## <u>ORDER</u>

UPON CONSIDERATION OF Plaintiffs' Unopposed Motion for Brief Enlargement of Time, and the entire record herein, it is this _____ day of _____, 2026,

**ORDERED** that Plaintiffs' Motion is **GRANTED**; and

**FURTHER ORDERED** that Plaintiffs shall file a motion for alternative service no later than May 29, 2026.

_____
Theodore D. Chuang
United States District Judge