**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| LEGAL EAGLE, LLC, *et al.*, | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | Civil Action No. 8:26-cv-00920 (TDC) |
| | * | |
| NATIONAL ARCHIVES AND | * | |
| RECORDS ADMINISTRATION, | * | |
| | * | |
| Defendant. | * | |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**DECLARATION OF KELLY MCCLANAHAN, ESQ.**

I, KELLY MCCLANAHAN, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.      I am a person over eighteen (18) years of age and competent to testify. I make this Declaration on personal knowledge and in support of Plaintiffs' Unopposed Motion for Alternative Service (filed May 29, 2026).

2.      I am the counsel of record for Plaintiffs Legal Eagle, LLC and National Security Counselors, Inc. in this case.

3.      On 22 April 2026, I emailed President Trump's private attorneys Alejandro Brito and Ian Michael Corp at Brito PLLC, asking if they would accept service of the subpoena *duces tecum* at issue in this case ("the subpoena"). I received no response.

4.      On 23 April 2026, I emailed Messrs. Brito and Corp again requesting a response. I received no response.

5.      On 28 April 2026, I attempted to call Brito PLLC but the line was disconnected. I then faxed Brito PLLC requesting a response. I received no response.

Ex. B

6.    On 28 April 2026, I emailed President Trump's private attorney Robert Giuffra at Sullivan & Cromwell LLP, asking if he would accept service of the subpoena. I received no response.

7.    On 29 April 2026, I sent the subpoena via Certified Mail—with return receipt requested—to President Trump at the Mar-a-Lago Club. The envelope was clearly marked "Subpoena."

8.    On 4 May 2026, the Mar-a-Lago Club refused to accept the envelope and mrked it Return to Sender.

9.    On 6 May 2026, I emailed Mr. Giuffra again requesting a response. I included a copy of the subpoena. I received no response.

10.    On 8 May 2026, I called Mr. Giuffra's office and spoke to his assistant. She advised me that she would bring the subpoena to his attention. I received no response.

11.    On 13 May 2026, I accompanied my agent, to a U.S. Post Office, where I observed him mailing the subpoena, along with an explanatory letter I drafted, via Priority Mail Express with signature requested to Mr. Giuffra.

12.    In my letter, I requested that Mr. Giuffra confirm acceptance of the subpoena by 6:00 PM on 15 May 2026.

13.    According to the U.S. Postal Service, this envelope was delivered to Sullivan & Cromwell LLP at 12:21 PM on 15 May 2026. I received no response.

14.    On 22 May 2026, I emailed President Trump's private attorney Caryn Schechtman at DLA Piper LLP, asking her to accept service of the subpoena, which I attached. I advised her that the Department of Justice had instructed me to contact her and asked her to confirm acceptance of the subpoena by 12:00 PM on 22 May 2026. I received no response.

2

15.     On 22 May 2026, I called Ms. Schechtman and left a voicemail message asking her to respond to me. I received no response.

16.     On 28 May 2026, I emailed Ms. Schechtman again requesting a response. I received no response.

17.     On 28 May 2026, I called Ms. Schechtman again and left a voicemail message asking her to response to me. I received no response.

18.     I have retained documentary evidence supporting all of above statements and will be happy to provide them to the Court upon request.

I do solemnly affirm under the penalties of perjury and upon personal knowledge that the contents of the foregoing paper are true to the best of my knowledge.

Date:   May 29, 2026


_____
Kelly McClanahan, Esq.