**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

LEGAL EAGLE, LLC, *et al.*,                    *
                                               *
    Plaintiffs,                     *
                                               *
v.                                             *    Civil Action No. 8:26-cv-00920 (TDC)
                                               *
NATIONAL ARCHIVES AND                          *
RECORDS ADMINISTRATION,                        *
                                               *
    Defendant.                      *
                                               *
\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

**<u>ORDER</u>**

UPON CONSIDERATION OF Plaintiffs' Unopposed Motion for Alternative Service,

and the entire record herein, it is this _____ day of _____, 2026,

**ORDERED** that Plaintiffs' Motion is **GRANTED**; and

**FURTHER ORDERED** that Plaintiffs have sufficiently served President Trump the

subpoena *duces tecum* at issue in this Motion.

_____
Theodore D. Chuang
United States District Judge