**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| LEGAL EAGLE, LLC, *et al.*, | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | Civil Action No. 8:26-cv-00920 (TDC) |
| | * | |
| NATIONAL ARCHIVES AND | * | |
| RECORDS ADMINISTRATION, | * | |
| | * | |
| Defendant. | * | |
| | * | |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

**PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiffs Legal Eagle, LLC and National Security Counselors, Inc., by and through undersigned counsel, respectfully submit this notice in further support of their Unopposed Motion for Alternative Service, Dkt. #42. In response to the Court's request for a case in which a court specifically ordered alternative service of President Trump through his attorneys, Plaintiffs have learned of an *ex parte* order from the Supreme Court of New York which did exactly that: Order Permitting Alternative Service, Dkt #14-15 (filed Sept. 15, 2020), *Carroll v. Trump*, No. 20-7311 (S.D.N.Y.) (copy of N.Y. Supreme Court order), *available at*

https://storage.courtlistener.com/recap/gov.uscourts.nysd.543790/gov.uscourts.nysd.543790.14.15_1.pdf (last accessed June 9, 2026).

Date:   June 9, 2026

Respectfully submitted,

/s/ Kelly B. McClanahan
Kelly B. McClanahan, Esq., MD Bar #31832
National Security Counselors
1451 Rockville Pike, Suite 250
Rockville, MD  20852
501-301-4672, 240-681-2189 fax
Kel@NationalSecurityLaw.org
*Counsel for Plaintiffs*