## UNITED STATES DISTRICT COURT
### DISTRICT OF MARYLAND

LEGAL EAGLE, LLC, and NATIONAL
SECURITY COUNSELORS, INC.,

      Plaintiffs,

      v.

NATIONAL ARCHIVES AND RECORDS
ADMINISTRATION,

      Defendant.

Civil Action No. 26-0371-TDC
Civil Action No. 26-0847-TDC
Civil Action No. 26-0920-TDC
Civil Action No. 26-1214-TDC

## ORDER

Upon review of Plaintiffs' Motion for an Extension of Time to file a memorandum in opposition to Defendant's Motion to Dismiss, ECF No. 19, as well as Plaintiffs' Amended Motion for an Extension of Time to file a memorandum in opposition to Defendant's Motion to Dismiss, ECF No. 21, it is hereby ORDERED that:

1. Plaintiffs' Amended Motion for an Extension of Time to file a memorandum in opposition to Defendant's Motion to Dismiss, ECF No. 21, is GRANTED. Plaintiffs shall file their memorandum in opposition to the Motion by **July 7, 2026**.

2. Plaintiffs' Motion for an Extension of Time to file a memorandum in opposition to Defendant's Motion to Dismiss, ECF No. 19, is DISMISSED AS MOOT.

Date: June 26, 2026



THEODORE D. CHUANG
United States District Judge