**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| LEGAL EAGLE, LLC, *et al.*, | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | Civil Action No. 8:26-cv-00920 (TDC) |
| | * | |
| NATIONAL ARCHIVES AND | * | |
| RECORDS ADMINISTRATION, | * | |
| | * | |
| Defendant. | * | |
| | * | |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

**PLAINTIFFS' UNOPPOSED MOTION FOR ENLARGEMENT
OF TIME WITHIN WHICH TO FILE THEIR MOTION FOR
<u>LEAVE TO FILE FIRST AMENDED COMPLAINT</u>**

NOW COME Plaintiffs to respectfully request a one-week extension, until 3 July 2026, of the deadline for filing their motion for leave to file an amended complaint, as ordered by the Court on 12 June 2026. Defendant does not oppose this Motion.

Plaintiffs have good cause to request this extension. The undersigned has been out of town on prescheduled leave since 19 June. Due to various factors related to that leave, he had an unusually heavy workload in the week before leaving town, and while he originally intended to complete this Motion while on leave so as to avoid unsetting the Court's schedule, he was unable to do so. He returns to work on 29 June and has filings due on 30 June and 2 July. He accordingly requests an extension until the end of next week for this motion.

Date:    June 26, 2026

Respectfully submitted,

/s/ Kelly B. McClanahan
Kelly B. McClanahan, Esq.
MD Bar #31832
National Security Counselors
1451 Rockville Pike
Suite 250
Rockville, MD  20852
501-301-4672
240-681-2189 fax
Kel@NationalSecurityLaw.org

*Counsel for Plaintiffs*

2