## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

LEGAL EAGLE, LLC, *et al.*,

    Plaintiffs,

    v.

NATIONAL ARCHIVES AND
RECORDS ADMINISTRATION,

    Defendant.

\*   \*   \*   \*   \*   \*   \*   \*   \*   .\*   \*   \*   \*

\*
\*
\*
\*
\*   Civil Action No. 8:26-cv-00920 (TDC)
\*
\*
\*
\*
\*
\*

## ORDER

UPON CONSIDERATION OF Plaintiffs' Unopposed Motion for Brief Enlargement of Time Within Which to File Motion for Leave to File First Amended Complaint, and the entire record herein, it is this __24__ day of __July__, 2026,

**ORDERED** that Plaintiffs' Motion is **GRANTED**; and

**FURTHER ORDERED** that Plaintiffs shall file a motion for leave no later than July 3, 2026.

_____
Theodore D. Chuang
United States District Judge