**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

LEGAL EAGLE, LLC, *et al.*,                          *
                                                    *
    Plaintiffs,                  *
                                                    *
v.                                                  *        Civil Action No. 8:26-cv-00920 (TDC)
                                                    *
NATIONAL ARCHIVES AND                               *
RECORDS ADMINISTRATION,                             *
                                                    *
    Defendant.                   *
                                                    *
*   *   *   *   *   *   *   *   *   *   *   *   *

## ORDER

UPON CONSIDERATION OF Plaintiffs' Unopposed Motion for Leave to File First

Amended Complaint, and the entire record herein, it is this _____ day of _____,

2026,

    **ORDERED** that Plaintiffs' Motion is **GRANTED**.

                       _____

                       Theodore D. Chuang
                       United States District Judge