**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

LEGAL EAGLE, LLC, *et al.*,            *

    Plaintiffs,                                    *

    v.                                                     *      Civil Action No. 8:26-cv-00920 (TDC)

NATIONAL ARCHIVES AND                *
RECORDS ADMINISTRATION,         *

    Defendant.                                      *

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

## ORDER

UPON CONSIDERATION OF Plaintiffs' Unopposed Motion for Leave to File First Amended Complaint, and the entire record herein, it is this __8__ day of __July__, 2026,

**ORDERED** that Plaintiffs' Motion is **GRANTED**.

_____
Theodore D. Chuang
United States District Judge