**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Southern Division)**

|  |  |
|---|---|
| LEGAL EAGLE, LLC, *et al.*,<br><br>      Plaintiffs,<br><br>      v.<br><br>NATIONAL ARCHIVES AND<br>RECORDS ADMINISTRATION, *et al.*,<br><br>      Defendants. | No. 8:26-cv-920-TDC |

**NARA DEFENDANTS' CONSENT MOTION FOR EXTENSION OF TIME TO**
**RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT**

Defendant National Archives and Records Administration (NARA) and Acting Archivist Edward Forst (together, "NARA Defendants") respectfully move for an extension of time to file a pre-motion notice or to otherwise respond to Plaintiffs' first amended complaint, ECF 54. NARA's response is currently due by July 23, 2026. The requested extension would move the deadline to August 7, 2026. Plaintiffs consent to this relief. A proposed order accompanies this motion.

In support of this request, NARA Defendants state the following:

1.      On July 9, 2026, this Court granted Plaintiffs' motion for leave to amend their complaint in Case No. 26-920. ECF 53 (order), 54 (First Amended Complaint).

2.      This Court previously consolidated Plaintiffs' four lawsuits against NARA in this District for purposes of NARA's Motion to Dismiss, ECF 39. *See* ECF 29.

3.      The First Amended Complaint added Acting Archivist Forst as a defendant in this action, and NARA has accepted service for the Acting Archivist.

1

4.    After reviewing Plaintiffs' amended complaint in this action, NARA Defendants believe the new claims and allegations do not affect NARA's on-file Motion to Dismiss. Acting Archivist Forst intends to join NARA's Motion to Dismiss.

5.    However, the new claims and allegations may require a second Motion to Dismiss, which will be limited to Case No. 26-920.

6.    Good cause exists to grant the extension. Plaintiffs consent. And Plaintiffs have already received three extensions in this action. *See* Order of May 29, 2026, ECF 43 (granting one-day extension of time to move for alternative service); Order of June 26, 2026, ECF 48 (granting three-week extension of time to file opposition to NARA's motion to dismiss); Order of July 2, 2026, ECF 50 (granting one-week extension of time to file motion for leave to file First Amended Complaint).

7.    In addition, undersigned counsel is traveling this week for a family holiday.

8.    Finally, as of the time of filing, Plaintiffs have not yet served two of the three new Defendants (the Department of Justice and Acting Attorney General Todd Blanche). An extension may therefore avoid duplicative briefing.

Dated: July 21, 2026                 Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General, Civil Division

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch

*/s/ Winston Shi*
JOHN BAILEY (OH Bar No. 104260)
Counsel to the Assistant Attorney General
WINSTON SHI (NY Bar No. 5747068)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch

2

1100 L Street NW
Washington, DC 20005
Phone: (202) 880-0387
Email: winston.g.shi@usdoj.gov

*Counsel for NARA Defendants*