**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Southern Division)**

|  |  |
|---|---|
| LEGAL EAGLE, LLC, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL ARCHIVES AND <br> RECORDS ADMINISTRATION, *et al.*, <br><br> Defendants. | No. 8:26-cv-920-TDC |

**[PROPOSED] ORDER**

Upon consideration of NARA Defendants' Consent Motion for Extension of Time to Respond to Plaintiffs' First Amended Complaint, and the entire record herein, it is hereby

**ORDERED** that the motion is **GRANTED** and that NARA Defendants' deadline to respond to the First Amended Complaint is extended to August 7, 2026.

**SO ORDERED.**

_____
Theodore D. Chuang
United States District Judge

Dated: _____