## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| LEGAL EAGLE, LLC, *et al.*, | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | Civil Action No. 8:26-cv-00920 (TDC) |
| | * | |
| NATIONAL ARCHIVES AND | * | |
| RECORDS ADMINISTRATION, | * | |
| | * | |
| Defendant. | * | |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### PROOF OF SERVICE

Plaintiffs attach Proof of Service for Defendants Department of Justice ("DOJ") and U.S. Attorney General Todd Blanche.

Plaintiffs provide the following legend connecting the tracking numbers in the attached document to the respective addressees for the Court's convenience:

420212013020950710665996204264597 – U.S. Attorney for the District of Maryland

42020530950710665996204264610 – DOJ and U.S. Attorney General

Since the relevant U.S. Attorney was served and the copies sent to DOJ and the Attorney General have been "in transit" since 24 July 2026 because the envelope has simply not been scanned (a common issue with serving DOJ), service was effected 28 July 2026.

Date:   August 10, 2026

Respectfully submitted,

/s/ Kelly B. McClanahan
Kelly B. McClanahan, Esq.
MD Bar #31832
National Security Counselors
1451 Rockville Pike
Suite 250
Rockville, MD  20852
501-301-4672
240-681-2189 fax
Kel@NationalSecurityLaw.org

*Counsel for Plaintiffs*

**ALERT: SEVERE WEATHER IN THE OHIO VALLEY AND WILDFIRES IN THE PACIFIC NORTH...**

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

## 4202120130209507106659966204264597

Copy        Add to Informed Delivery

### Latest Update

Your item was delivered to an individual at the address at 12:52 pm on July 28, 2026 in BALTIMORE, MD 21202.

___

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered

**Delivered, Left with Individual**
BALTIMORE, MD 21202
July 28, 2026 12:52 PM

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?**

Feedback

| | |
|---|---|
| **Text & Email Updates** | ⌄ |
| **USPS Tracking Plus®** | ⌄ |
| **Product Information** | ⌄ |

See Less ⌃

**Remove** ✕

**Tracking Number:**

# 420205309507106659966204264610

**Copy**        **Add to Informed Delivery**

## Latest Update

Your item arrived at our USPS facility in WASHINGTON DC DISTRIBUTION CENTER on July 24, 2026 at 10:05 am. The item is currently in transit to the destination.

**Get More Out of USPS Tracking:**

   **USPS Tracking Plus®**

**Delivered**

**Out for Delivery**

**Preparing for Delivery**

## On the Way

**Arrived at USPS Facility**

WASHINGTON DC DISTRIBUTION CENTER
July 24, 2026 10:05 AM

**Departed Post Office**

SILVER SPRING, MD 20906
July 23, 2026 7:00 PM

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?**

Feedback

**Text & Email Updates**        ⌄

**USPS Tracking Plus®**        ⌄