**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Southern Division)**

| | |
|---|---|
| LEGAL EAGLE, LLC, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL ARCHIVES AND RECORDS ADMINISTRATION, *et al.*,<br><br>Defendants. | No. 8:26-cv-920-TDC |

**NOTICE REGARDING SERVICE OF PROCESS**

In compliance with paragraph 1 of this Court's order of August 20, 2026, ECF 63, Defendants United States Department of Justice and Todd Blanche (in his official capacity as Attorney General) (collectively, "DOJ Defendants") hereby inform the Court that following an inquiry, they have determined that Plaintiffs served them by mail in this action. *Cf.* Proof of Service at 4, ECF 61 (Plaintiffs noting that as of the time of filing, the United States Postal Service had not yet confirmed whether it had delivered the relevant documents). Accordingly, all four Defendants in Case No. 26-920 have been served. The same attorneys currently representing co-Defendants National Archives and Records Administration and Acting Archivist Edward Forst will also represent the DOJ Defendants.

*(signature block on following page)*

Dated: August 26, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General, Civil Division

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch

*/s/ Winston Shi*
JOHN BAILEY (OH Bar No. 104260)
Counsel to the Assistant Attorney General
WINSTON SHI (NY Bar No. 5747068)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 880-0387
Email: winston.g.shi@usdoj.gov

*Counsel for Defendants*